[Criminal No. 550. Filed May 1, 1924.]

[225 Pac. 1117.]

PLACIDO SILVAS, Appellant, v. STATE, Respondent.

APPEAL from a judgment of the Superior Court of the County of Santa Cruz. W. A. O'Connor, Judge. Affirmed.

Mr. A. A. Trippel and Mr. Warren Lee Kinder for Appellant.

Mr. John W. Murphy, Attorney General, for the State.

PER CURIAM.—On September 28, 1922, the record in this case was filed. Since that time no further

steps have been taken by appellant or his counsel towards securing a hearing. So far as we can see the record presents no error of a fundamental character. The judgment is affirmed.